United States District Court
For the District of Connecticut

JUN 16 2022 AM10:54
FILED M- USDC - BPT - C

Kevin Jackson ) Civil No. 3:22cv 772 (AVC)
V. ) Bridgeport District Court
Viktoriya Stork APRN / ) 915 Lafayette Blvd.
Jean Caplan APRN ) Bridgeport, CT 06604
5-25-2022

# COMPLAINT

Kevin Jackson #401676, an incarcerated pro se litigant, also the plaintiff herein, brings forth this civil rights action, seeking monetary damages under title 42 of the United States Code Section 1983, in that he was denied proper medical care in violation of the eight amendment of the United States Constitution. The plaintiff avers, that the defendant's APRN Viktoriya Stork and Jean Caplan APRN, while both employed at MacDougall CI., 1153 East St. South, Suffield, CT 06080, acted with deliberate indifference, when with actual knowledge of plaintiff's serious medical need failed to reasonably respond and provide adequate medical treatment causing the plaintiff to sustain farther injury.

## JURISDICTION

(1.) The plaintiff invokes the Courts Jurisdiction pursuant to title 28 of the United States Code, Section 1331 in that this is a civil action arising under the United States Constitution.

(2.) The plaintiff invokes this courts jurisdiction pursuant to title 28 of the United States Code, section 1343, in that this action seeks to redress the deprivation under the color of State law, of rights secured by acts of Congress providing for equal rights of persons within the jurisdiction of the United States.

## PARTIES

(3.) The plaintiff, Kevin Jackson, at all times relevant to the events described herein, was confined by the Connecticut Department of Corrections and was being housed at MacDougall C.I. located at 1153 East St. South, Suffield, CT 06080.

(4.) The defendant, Viktoriya Stork APRN, was at all times relevant to the events described herein, an acting advanced practice registered nurse working within MacDougall-Walker C.I. located at 1153 East St. South, Suffield, CT 06080.

(5.) The defendant, Viktoriya Stork, at all times relevant to the events described herein was employed under the color of State law and is being sued in her individual capasity.

2/10

(6.) The defendant, Jean Caplan APRN, at all times relevant to the events described herein, was employed as an acting Advanced Practice Registered Nurse within MacDougall C.I. located at 1153 East St, South, Suffield, CT, 06080.

(7.) The defendant, Jean Caplan APRN, at all times relevant to the events described herein was employed under the color of state law and is being sued in her individual capasity.

## Exhaustion Of Administrative Remedies

(8.) The plaintiff attempted to exhaust his administrative remedies but the prisons medical department would not reply or return any grievance related to his skin condition and the grievance coordinator Nurse Rose even made jokes about throwing grievances away by shredding them if she thought they were for lawsuits. However, the plaintiff was granted video footage to be preserved of him inserting a grievance on the particular matter in the mailbox, and also a particular grievance was returned that he inserted on 10-13-20 about none of his grievances being returned and he has a letter to the warden about the grievances not being returned.

                – Grievance  IGP.# 137-29118-2020
                – Video footage # MAC-VP-20-704

# SUMMARY OF THE FACTS
## (OBJECTIVE)

(9.) The following medical complaint pertains for both of the defendants. The plaintiff began taking a medication for nerve pain called "Neurotin" in 2015. From time to time after using it he noticed it caused occassional mild itching. Suddenly around June of 2017, the itching turned extremely severe and was accompanied with a stinging sensation as if he was constantly pricked by needles and he had constant heat flashes that intensified by heat. Also it caused him to have the heat flashes just by doing any strenuous activity, even just walking a long distance. Additionally, from time to time he developed large rashes and had multiple boils.

10. While the plaintiff was at Garner C.I. in 2017, the doctor took his bloodwork to try to find the cause and put him on "Benadryl" for two months but it had no effect. In 2018 he was given an ointment called "Triamcinolone" which alleviated the itching and stinging but only while it was on and the problem returned the same minute it was washed off. It also had no effect at all for helping the heat flashes which for a few years remained as horrible as they were from the beginning and did not lessen in severity in any way.

4/20

(Specifically Regarding APRN Stork below)

(11.) For over a year the plaintiff had been taking the "Triamcinolone Ointment". The claim against APRN Stork is for how she refused to treat him with this ointment in 2020, therefore it should be noted that she once treated him with this ointment already on 4-15-2019. (See Attachment #1) She later forgot that she had already treated him with it which serves as a prime example that some D.O.C. providers treat inmates according to their present mood.

(12.) In 2020 APRN Stork was the plaintiff's medical provider and his order for the "Triamcinolone Ointment" expired and had to be renewed as all medications need in order to continue. On 1-24-2020 he seen Ms. Stork for a visit and expressed his dire need to be seen by a dermatologist and also have the ointment renewed. She wrote in her report his need for the ointment and his complaint, stating "inmate has been complaining of itch and stinging sensation of the skin.", however she did not order it or schedule an appointment to the dermatologist.

(13.) The Plaintiff had another appointment with APRN Stork ~~xxxxxxxxx~~ and at that time he again made the same complaints and requested the "Triamcinolone

ointment" and to be seen by a dermatologist. Ms. Stork again did not order the medication or did not schedule him to see a dermatologist and was very rude and impatient. However, she did write a report of the encounter and clearly stated his complaints in the exact wording, "Allergic skin reaction when outside the weather has humid, high tempeture and when exposed to direct sunlight." "During summertime, itchy skin rash, hives appear to skin." Her report left out certian details such as the stinging sensations, the rashes and that the condition intensified also with any strenuous activities. Because of her being his provider and not treating him he went on several months after with the untreated condition. This second appointment was on 4-30-2020. (See Attachment #2)
(below specifically regards to APRN Jean Caplan)

(14.) On 9-7-2020 the Plaintiff was seen by sick call at the medical unit and made complaints of his condition, a nurse reported "Inmate states he had a side effect of sweating from gabapentin neurotin. Inmate no longer on medication (ointment) and reports that he is sweating and it itches. On 9-9-2020 he was seen by the defendant Jean Caplan and made the same complaints. He had been on the waiting list ever since his last appointment on 4-20-22 by APRN Stork. (See Attachment #3)

(15.) On his 9-9-2020 appointment with APRN Caplan she wrote in her report, "Complaints of rash, sweats and heat intolerance. Rash-LUE diffuse, hyper granulated hyperpigmented area, Did not see an abundance of sweating." Ms. Caplan insinuated that since she did not litterally see him sweating that she did not believe him although he told her that it was usually whenever he was doing strenuous activities or in a hot enviornment and they were in her cool office. She noted his rashes and scarring but still would not refer him to a dermatologist nor order the ointment that he was already taking for over a year. He expressed his intolerable swarms of itches and stinging skin but she did not order him anything at all to help.

(16.) The Plaintiff could do nothing more but continue his complains and so he did. After the usual 4-6 month waits to see a doctor, he then had a second appointment with APRN Caplan, his provider on 4-30-21. He made the same exact complaints and ~~treatment~~ fortunetly she treated him with an ointment called "Betamethasone" and explained that she believed he had a case of eczema. Unlike the previous ointment, the "Betamethasone" relieved him of the unusual sweating profusely permanently and it stopped the itching and stinging but only

while it was on the skin. This is another clear
display of the prisons providers treating inmates
conditions based on the mood they are in for the
day. There was absolutely no logical cause of her
not treating him with the ointment on his first
appointment when he made the same exact complaint
and already had been given special ointment for over
a year. She still did not refer him to the dermatologist
so he could be tested with a biopsy to possibly
find a treatment that can permanently cure his itching
and stinging skin so he won't need to use ointment
daily. (See Attachment #4)

# CLAIMS FOR RELIEF

(17.) The defendants APRN Viktoriya Stork and APRN
Jean Caplan's actions constitute deliberate indifference
in violation of the plaintiff's eighth amendment rights
under the United States Constitution.

(18.) The defendant's had actual knowledge of the plaintiff's
need for medical care but failed to reasonably respond
and provide adequate medical treatment.

(19.) The defendant Viktoriya Stork is responsible for
him not being treated for his skin condition from the

appointment 1-24-2020 until he was seen by his next provider on 9-9-2020. During this time, She is liable because of her failure to provide any treatment whatsoever concerning his skin and for the physical and emotional pain that he endured from his eczema and for permanant scarring that he has on his arms from rashes.

(20.) The Defendant Jean Caplan is responsible for not treating him on 9-9-2020 and for the physical pain and emotional pain he endured from 9-9-2020 until 4-30-2021 when she finally decided to treat his condition and for permanant scarring that he has on his arms from rashes.

(21.) After following all the proper proceedures and pursuing the necessary remedies to obtain treatment, he still continued to be denied adequate treatment. He exercised all due dilligence and the defendant's was the direct cause of him sustaining farther injury.

(22.) For all the reasons articulated in the numerous paragraphs threwout this complaint, the defendants acts and omissions rise to such a level that constitutes deliberate indifference, violating the plaintiffs rights under the eighth amendment of the United States Constitution.

Pursuant to title 28 of the United States Code, Section 1746, I hereby declare under the penalty of perjury that the foregoing is true and correct.

Kevin Jackson,

## REQUESTED RELIEF

Wherefore, the plaintiff request that this court hereby grant the following relief:

A. Declare that the defendant's actions violated the plaintiff's eighth amendment right to adequate medical care.

B. Award compensatory damages in the amount of three hundred thousand dollars, ($300,000.00) for the physical and emotional distress resulting from their failure to provide adequate medical care.

C. Order the defendants to pay punitive damages; and pay all fees and court cost of suit; and any other relief this court deem the plaintiff is entitled to.

Respectfully submitted on this 25th day of May 2022.

Adress:

MacDougall C.I.
1153 East St. South
Suffield, CT 06080

By the Pro Se Plaintiff,

Kevin Jackson # 401676

10/10

PRINTED: 6/18/2019

**CT DEPARTMENT OF CORRECTIONS - MEDICATION ADMINISTRATION RECORD**

Page 880 of

NAME: JACKSON KEVIN

SEX: M    DOB: 1/11/1989    Age: 30    WEIGHT: 226    LLC: 137Q

IM: 00401676

REASON FOR VISIT:

Allergies: GABAPENTIN

*028  Q49*

DOSE PERIOD: 7/1/2019 to 7/31/2019

| ✓ 6/23/19 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *** PRN Self Carry *** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIAMCINOLONE ACETONIDE 0.1% OIN AAA BIDP APPLY TO AFFECTED AREA(S) TWICE A DAY AS NEEDED START: 4/15/2019 STOP: 7/12/2019 VIKTORIYA STORK APRN | K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| clobetasol propionate cream Nagi MM 6/24/9 — 7/4/9 | K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Attachment #1

NAME: JACKSON, KEVIN          IM: 00401676

## NURSE/ CORRECTIONAL MEDICAL ATTENDANT SIGNATURE/ INITIAL KEY

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
|  |  |  |  |  |  | JB | Joe |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| PRN & SINGLE DOSE MEDICATIONS ADMINISTERED | | | | | | MEDICATIONS NOT ADMINISTERED | | | | |
|------|------|--------------------|--------|-----------|----------|------|------|--------------------|--------|----------|
| DATE | TIME | DRUG/ STRENGTH/ROUTE | REASON | EFFECTIVE | INITIALS | DATE | TIME | DRUG/ STRENGTH/ROUTE | REASON | INITIALS |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

| DOCUMENTATION CODE KEY: | DC = DISCONTINUED ORDER | R = REFUSED | NS = NO SHOW |
|---|---|---|---|

HR 716 A 4/01

*4-30-2020 Step ?? ?? ???????*    *Attachment #2*    *P-2*    6/30/2020

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

Chronic Care: ?? chronic pain - Follow-Up
Date of Service: 4/30/2020

## KEVIN   JACKSON
Male DOB: Jan 11, 1989                    15538

### Overview
**Problems:**
Anxiety disorder NOS (axis I) (ICD-300.00) (ICD10-F41.9)
IBS (irritable bowel syndrome) (ICD-564.1) (ICD10-K58.9)
Wellness exam (ICD-V70.0) (ICD10-Z00.00)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Backache, unspecified (ICD-724.5) (ICD10-M54.9)
Allergies, seasonal (ICD-477.0) (ICD10-J30.2)
Scoliosis (ICD-737.30) (ICD10-M41.9)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Gastro esophageal reflux (ICD-530.81) (ICD10-K21.9)
Venous stasis ulcer, chronic (ICD-454.0) (ICD10-I83.009)
Finger pain, right (ICD-729.5) (ICD10-M79.644)
ANTISOCIAL PERSONALITY DIS. (ICD-301.7) (ICD10-F60.2)

**Medications:** LYRICA 75 MG ORAL CAPSULE (Take 1 cap PO qHS)    Start: 04/30/2020   End:
07/30/2020
DICYCLOMINE 20MG TAB (1000.00) (take 1 tablet by mouth every day)    Start: 04/24/2020   End:
10/24/2020
PANTOPRAZOLE 40MG TAB (1000.00) (1 Tab QD)    Start: 03/18/2020   End: 09/18/2020
VENLAFAXINE 75MG TAB (100.00) (take 1 tab PO QHS)    Start: 04/17/2020   End: 06/16/2020
PAMELOR 10 MG ORAL CAPSULE (1 Cap QHS)    Start: 12/22/2019   End: 06/22/2020
BUPROPION XL 300MG XL TAB (500.00) (give one tablet q hs)    Start: 04/17/2020   End: 06/16/2020
BUPROPION XL 150MG XL TAB (90.00) (give one tablet q hs)    Start: 04/17/2020   End: 06/16/2020
VITAMIN D3 1000 UNIT ORAL TABS (TAKE 2 TABLETS BY MOUTH ONCE DAILY)    Start: 05/24/2019
End: 05/21/2020
**Allergies:**
* GABAPENTIN (Mild)

**Orders:**
Prescriber - Med Renewal (MH) [PMHREN]
TB/TST Annual [TSTANNUAL]
XR SPINE THORACIC 3 VW [IMG62]
XR SPINE LUMBAR 2 OR 3 VW [IMG66]

**Subjective:** *Interval History with details regarding duration, frequency, relating and worsening
factors, etc.:*  The 31-year-old inmate is here today due to his chronic pain, and request to

renew his Lyrica 75mg PO BID.

During the assessment, the inmate reports feeling numbness

to the distal inter-phalangeal joint of the index finger after his old fracture.

According to the inmate, he has been experiencing an allergic skin reaction

when outside the weather has humid, high temperature and    Continued: ⟶

Exhibit 1

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

6/30/2020

Nurse : ESC: chest pain
Date of Service: 6/29/2020

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 31 Years Old

## General Note
**General Note Type:** Nurse
**Subject:** ESC: chest pain
**Note:** IM walked up from his unit to medical reporting that he had chest pain. When IM starts to speak he says "I am really here because I want to know about my ENT appointment". IM was informed that appointments are being made slowly and that this writer does not have access to see if he was approved. IM was instruced to write to the URC nures. A flag will be sent.

**Current Vital Signs**
**Previous Height:** 70 (04/30/2020 2:50:58 PM)    **Previous Weight:** 238 (04/30/2020 2:50:58 PM)
**Current Weight (lbs):**   249
**BMI:** 35.86

   **Sitting BP:**    125 / 86mm Hg
**Temperature:**   98.8degrees
      **Temperature site:**   Temporal
**Pulse rate:** 96
**Respirations:**   18
   **Respiration Type:**   Regular
      **Pulse Ox%**   98

**Allergies:**
* GABAPENTIN (Mild)

Signed By: Vilayvong, Sengchanh at 6/29/2020 2:10:10 PM

Jackson v. COC - CV18-4009836   000001

Attachment #2

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

6/30/2020

Chronic Care: ?? chronic pain - Follow-Up
Date of Service: 4/30/2020

**KEVIN    JACKSON**
Male DOB: Jan 11, 1989                    15538

when exposed to direct sunlight.

During the summertime, itchy skin rash, hives appear to his skin.

He feels hot flashes during that time, and his skin becomes intolerably itchy.

The inmate is not able to tolerate the impact of the hot weather on his nerve system,

and that makes him feel that his agitation and anxiety level increased.

Also, the inmate requests to use the single-cell due to his chronic ears problem.

According to the inmate, he is not able to tolerate any cellie in his cell because

they always use their electronic devices on very high volume sounds.

These sounds aggravate his nerve system and his defense response to the loud

sounds are   fighting with everyone in the cell.

**Specify Chronic Disease:**   Chronic pain, numbness to the distal inter-phalangeal joint of the index finger

## Interval History
**Elaboration of Symptoms:**   the inmate reports feeling numbness to the distal inter-phalangeal joint of the index finger after his old fracture.
A mallet finger to his right hand.

**Dx1** 4. Vitamin D deficiency
**Degree of Disease Control** G (Good)

**Dx2** 6. Allergies, seasonal
**Degree of Disease Control** G (Good)

**Dx3** 5. Backache, unspecified
**Degree of Disease Control** G (Good)

**Dx4** 7. Scoliosis
**Degree of Disease Control** G (Good)

### *Special Needs Plan*
**Current Medications:** LYRICA 25 MG ORAL CAPSULE Take 1 cap PO qHS, LYRICA 50 MG ORAL CAPSULE Take 1 cap PO qHS, LYRICA 75 MG ORAL CAPSULE Take 1 cap PO qHS, DICYCLOMINE 20MG TAB (1000.00) take 1 tablet by mouth every day, PANTOPRAZOLE 40MG TAB (1000.00) 1 Tab QD, VENLAFAXINE 75MG TAB (100.00) take 1 tab PO QHS, PAMELOR 10 MG ORAL CAPSULE 1 Cap QHS, BUPROPION XL 300MG XL TAB (500.00) give one tablet q hs, BUPROPION XL 150MG XL TAB (90.00) give one tablet q hs, VITAMIN D3 1000 UNIT ORAL TABS TAKE 2 TABLETS BY MOUTH ONCE DAILY.

Jackson v. COC - CV18-4009836   000033

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

6/30/2020

Chronic Care: ?? chronic pain - Follow-Up
Date of Service: 4/30/2020

**KEVIN    JACKSON**
Male DOB: Jan 11, 1989                    15538

**Orders:** CC - Chronic Care General Referral [CC].

### Family Medical History
Patient reports no family history/history is unknown.

### Current Vital Signs
**Previous Height:** 70 (01/24/2020 10:12:20 AM)    **Previous Weight:** 227 (01/24/2020 10:12:20 AM)
**Current Weight (lbs):**  238
**Current Height (in.):**  70
**BMI:** 34.27

**Sitting BP:**  111 / 73mm Hg
**Temperature:**  98.7degrees
**Temperature site:**  Oral
**Pulse rate:** 86
**Pulse rhythm:**  Regular
**Respirations:**  18
**Respiration Type:**  Regular
**Pulse Ox%**  98
**Room Air:**  Yes

**Allergies:**
* GABAPENTIN (Mild)

### PHYSICAL EXAMINATION

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.
**General Appearance:**  Alert/Oriented, Obese
- BMI=34.

*Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.
**Inspection:**  WNL
- No rashes, abscesses or ecchymosis / petechiae / purpura
no visible abnormalities was found during this visit.

*Eyes*
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

*Neck*
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

**Neck:**  WNL
- FROM, no adenopathy, tenderness or nuchial rigidity

*Attachment #3*

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

Chronic Care, pain assessment, IBS, GERD - Follow-Up
Date of Service: 9/9/2020

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

Gastro esophageal reflux (ICD-530.81) (ICD10-K21.9)
Venous stasis ulcer, chronic (ICD-454.0) (ICD10-I83.009)
Finger pain, right (ICD-729.5) (ICD10-M79.644)
ANTISOCIAL PERSONALITY DIS. (ICD-301.7) (ICD10-F60.2)

**Medication List:** IPRATROPIUM BROMIDE 0.02 % INHALATION SOLUTION (2 nasal sprays in each
nostril q 8 hours PRN)    Start: 09/02/2020   End: 03/31/2021
OLOPATADINE HCL 0.6 % NASAL SOLUTION (1 nasal spray in each nostril daily)    Start: 09/02/2020
End: 03/31/2021
DICYCLOMINE 20MG TAB (1000.00) (take 1 tablet by mouth every day)    Start: 04/24/2020   End:
10/24/2020
PANTOPRAZOLE 40MG TAB (1000.00) (1 tablet po daily)    Start: 08/27/2020   End: 02/28/2021
VENLAFAXINE 75MG TAB (100.00) (take 1 tab PO QHS)    Start: 06/09/2020   End: 10/07/2020
BUPROPION XL 300MG XL TAB (500.00) (give one tablet q hs)    Start: 06/09/2020   End: 10/07/2020
BUPROPION XL 150MG XL TAB (90.00) (give one tablet q hs)    Start: 06/09/2020   End: 10/07/2020
**Allergies List**
* GABAPENTIN (Mild)

**Orders List**
TB/TST Annual [TSTANNUAL]
Prescriber - Med Renewal (MH) [PMHREN]
On Site Referral - Optometry [OPTOMETRY]
Individual Therapy Session [MHIND]

**Chief Complaint:**  lyrica was not renewed because of lack of indication
patient has a PSV and CC appointments

**Additional Subjective Complaints:**  reporting discomfort in neck and upper back
I have scoliosis, I was told as a child I did. my neck and posture is the way it is because of the bunk beds
that I had as a child.
"why are you leaving me in pain?" i want my Lyrica, the tylenol and motrin dont work for me.
no urinary or bowel incontinence.
no falls, no inability to complete ADL's, sedentary

**History of Present Illness: with details regarding duration, frequency, relieving
and worsening factors, etc.** patient reporting that since 2017 when he was given neurontin for
pain management he experienced an allergic reaction that he has a rash and sweats all the time. he does
not attribute it to any other medication or medical issue.
in 2018 it is noted in this emr that he experienced a rash from the neurontin.
" I need somethng for my pain that is excruciating in my neck and my finger, I need my finger to be
operated on again, I need a CT Scan of my spine to prove I have scoliosis."
my neck aches and shoots down my lower back all day, everyday. asked if pain was treated or lessened
with Lyrica, he stated no.
patient tried to show this provider that he sweats all the time and attempted to pull shirts off without
prompting, patient also stated that he cannot go outside if it is humid that they will need to call and
ambulance immeidcately to save his life.

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

Chronic Care, pain assessment, IBS, GERD - Follow-Up
Date of Service: 9/9/2020

**KEVIN    JACKSON**
Male DOB: Jan 11, 1989                     15538

patient takes PPI with other medicatin and lays down.
states he has no issues with GERD or IBS

## Pain Assessment
**Are you currently experiencing any pain?**   Yes

**Location #1**
**Location of pain:** lower portion of neck, upper back
       **Describe character of pain:** ache
**Duration of pain:** Intermittent
       **What relieves pain or makes it worse?** states because the way he sits on bed it exacerbates his
neck discomfort.
does not exercise
denies any numbness or tingling in arms or hands
does nothing repetatively
  **Level of Pain:**8      Very Severe Pain

**Location #2**

**Location of pain:** mid thoracic region
       **Describe character of pain:** ache
**Duration of pain:** Intermittent
       **What relieves pain or makes it worse?** with bending or movement.
sedentary
denies any radiation down legs or numbness

**Level of Pain:**4      Moderate Pain

## Review of Systems
GENERAL SYSTEM: Complains of Sweats.
EYES: Denies Any Sx Related to System.
E/N/T: Complains of Nasal Congestion. seen by ENT, states he has only received 1 of 2 nasal sprays.
CARDIAC: Denies Any Sx Related to System.
PULMONARY: Denies Any Sx Related to System.
GASTROINTESTINAL: Denies Any Sx Related to System. was not taking PPI on an empty stomach
GENITOURINARY: Denies Any Sx Related to System.
MUSCULOSKELETAL: Complains of Back Pain. neck stiffness and thoracic discomfort
SKIN: Complains of Rash. LUE
NEUROLOGIC: Denies Any Sx Related to System.
PSYCHIATRIC: Denies Any Sx Related to System.
ENDOCRINE: Complains of Heat Intolerance.

**Specify Chronic Disease:**   Chronic pain, numbness to the distal inter-phalangeal joint of the index
finger

## Interval History
**Elaboration of Symptoms:**   Right DIP pain, s/p pinning, last xray 2018.

*Attachment # 3*

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

Chronic Care, pain assessment, IBS, GERD - Follow-Up
Date of Service: 9/9/2020

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

Wellness exam (ICD-V70.0) (ICD10-Z00.00)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Backache, unspecified (ICD-724.5) (ICD10-M54.9)
Allergies, seasonal (ICD-477.0) (ICD10-J30.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Gastro esophageal reflux (ICD-530.81) (ICD10-K21.9)
Venous stasis ulcer, chronic (ICD-454.0) (ICD10-I83.009)
Finger pain, right (ICD-729.5) (ICD10-M79.644)
ANTISOCIAL PERSONALITY DIS. (ICD-301.7) (ICD10-F60.2)

**Medications:** IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) 1 tablet po BID PRN
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) 1-2 tablets po q12 hours PRN
IPRATROPIUM BROMIDE 0.02 % INHALATION SOLUTION (IPRATROPIUM BROMIDE) 2 nasal sprays
in each nostril q 8 hours PRN
OLOPATADINE HCL 0.6 % NASAL SOLUTION (OLOPATADINE HCL) 1 nasal spray in each nostril daily
DICYCLOMINE 20MG TAB (1000.00) (DICYCLOMINE HCL) take 1 tablet by mouth every day
PANTOPRAZOLE 40MG TAB (1000.00) (PANTOPRAZOLE SODIUM) 1 tablet po daily
VENLAFAXINE 75MG TAB (100.00) (VENLAFAXINE HCL) take 1 tab PO QHS
BUPROPION XL 300MG XL TAB (500.00) (BUPROPION HCL) give one tablet q hs
BUPROPION XL 150MG XL TAB (90.00) (BUPROPION HCL) give one tablet q hs

Signed By: Caplan APRN, Jean at 9/9/2020 2:56:44 PM

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

Nurse : prompt care -
Date of Service: 9/7/2020

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 31 Years Old

**General Note**
**General Note Type:**  Nurse
**Subject:**   prompt care -
**Note:**  IM had several inquiries about his POC
1. colonoscopy - IM   reports that he had +occult stools. On 1/27/20 IM had 2/3 cards that was positive but also reported that he has a hx of IBS and hemmoroids.
2. lyica exp 8/31/20   - alert sent to provider
3. excessive sweating/hot flashes - IM states that he had a side effect of excessive sweating from gabapentin. IM is no longer on the medication but reports that he is still sweating and it itches. IM reports that it intermittenly occurs.

IM was informed that he has an active order to see his provider and issues can be discussed with her at that time.
Verbal education provided regarding POC; will con't to reiterate with each encounter.
IM advised to seek medical attention if he has any concerns or if symptoms worsen; IM had a good understanding of content and will initiate.

Signed By: Vilayvong, Sengchanh at 9/7/2020 9:38:34 AM

1 of 1
**201**

*Attachment #3*

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

Nurse : prompt care - f/u to mdsc
Date of Service: 9/14/2020

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989          15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 31 Years Old

**General Note**
**General Note Type:**  Nurse
**Subject:**  prompt care - f/u to mdsc
**Note:**   IM was seen in medical asking what the POC was when he has last seen his provider on 9/9/20. IM was asking if he had and ENT consult as well as a CT scan for his head. The notification that was sent to IM was reiterated during this visit. IM would like to know "if the ENT doctor recommends the CT scan for my ears why isn't Caplan ordrdering it?" IM is also asking for triamcinolone cream for his "burning and itching skin". On assesssment IMs skin is dry, does not have any current rashes. IM states that is skin burns and itches all the time. While IM was in medical IM stated "I am going to have a lawsuite for negligence" and "she wants to see if the sprays work for my sinus but what about my ears?" During his visit to medical it was difficult to educate IM on ENT system and skin care. IM continued to speak over this writer and was asked seveal times to lower his tone and have a seat on the exam table. IM was informed that this writer will alert his provider re: concerns mentioned today. Verbal education provided regarding POC; will con't to reiterate with each encounter.

Signed By: Vilayvong, Sengchanh at 9/14/2020 2:23:31 PM

1 of 1
**176**

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

MH Brief Encounter
Date of Service: 9/14/2020

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 31 Years Old

**Active Medications:** IBUPROFEN 600 MG ORAL TABLET (1 tablet po BID PRN)     Start: 09/09/2020
End: 12/08/2020
ACETAMINOPHEN 325 MG ORAL TABLET (1-2 tablets po q12 hours PRN)    Start: 09/09/2020   End:
12/08/2020
IPRATROPIUM BROMIDE 0.02 % INHALATION SOLUTION (2 nasal sprays in each nostril q 8 hours
PRN)     Start: 09/02/2020   End: 03/31/2021
OLOPATADINE HCL 0.6 % NASAL SOLUTION (1 nasal spray in each nostril daily)     Start: 09/02/2020
End: 03/31/2021
DICYCLOMINE 20MG TAB (1000.00) (take 1 tablet by mouth every day)     Start: 04/24/2020   End:
10/24/2020
PANTOPRAZOLE 40MG TAB (1000.00) (1 tablet po daily)     Start: 08/27/2020   End: 02/28/2021
VENLAFAXINE 75MG TAB (100.00) (take 1 tab PO QHS)     Start: 06/09/2020   End: 10/07/2020
BUPROPION XL 300MG XL TAB (500.00) (give one tablet q hs)     Start: 06/09/2020   End: 10/07/2020
BUPROPION XL 150MG XL TAB (90.00) (give one tablet q hs)     Start: 06/09/2020   End: 10/07/2020
Active Allergies: * GABAPENTIN.

## Assessment

**Active Problems: :** Neck pain (ICD-723.1) (ICD10-M54.2), Malingering (ICD-V65.2) (ICD10-Z76.5),
Mallet finger, acquired (ICD-736.1) (ICD10-M20.019), Anxiety disorder NOS (axis I) (ICD-300.00)
(ICD10-F41.9), Wellness exam (ICD-V70.0) (ICD10-Z00.00), Vitamin D deficiency (ICD-268.9)
(ICD10-E55.9), Backache, unspecified (ICD-724.5) (ICD10-M54.9), Allergies, seasonal (ICD-477.0)
(ICD10-J30.2), Hemorrhoids (ICD-455.6) (ICD10-K64.9), Gastro esophageal reflux (ICD-530.81)
(ICD10-K21.9), Venous stasis ulcer, chronic (ICD-454.0) (ICD10-I83.009), Finger pain, right (ICD-729.5)
(ICD10-M79.644), ANTISOCIAL PERSONALITY DIS. (ICD-301.7) (ICD10-F60.2).

**Assessment Notes:**   I/M seen to discuss MH med clinic appt and effectiveness of his medication.   Pt
deniens any SI/HI at this time.    I/M to f/u in MH med clinic at next scheduled appt

Signed By: Watts RN, Eric at 9/14/2020 1:32:57 PM

*Attachment #4*

**MacDougall Building**                                           5/18/2021
1153 East Street, South
Suffield, CT 06080                    MD Sick Call, nasal congestion, asthma, eczema
Main: 8606272100                              Date of Service: 4/30/2021

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                        15538

using olopatadine nasal solution
skin feels like it is "on fire", " swarms of itches"
creams in past have not relieved symptoms
IBS, currently symptomatic, requesting increase in occurance of

**Review of Systems**
GENERAL SYSTEM: Any Sx Related to System
E/N/T: Complains of Nasal Congestion.
CARDIAC: Denies Any Sx Related to System.
PULMONARY: Complains of Dyspnea, Wheezing. Denies Cough.
GASTROINTESTINAL: Complains of Diarrhea, Change in Bowel Habits, Abdominal Pain. Denies Nausea,
Vomiting, Constipation, Melena, Hematochezia.
SKIN: Complains of Rash, Itching, Dryness.

**Current Vital Signs**
**Previous Height:** 70 (04/30/2020 2:50:58 PM)    **Previous Weight:** 240 (04/01/2021 10:41:27 AM)
**BMI:** 34.56

**Allergies:**
* GABAPENTIN (Mild)

**Pain Assessment**
Are you currently experiencing any pain?    No

**PHYSICAL EXAMINATION**

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Integumentary*
      Inspection:   Rash
- flakey, dry rash on Left forearm and left lower shin area

*ENT*
No obvious abnormalities or discharge.

*External Nose:*
No obvious abnormalities.

*Hearing:*
No obvious abnormalities.

*Nasal:*

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

MD Sick Call, nasal congestion, asthma, eczema
Date of Service: 4/30/2021

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 32 Years Old

**Visit Type:**  Outpatient
**Source:**  Inmate Request
**Problem List**
Neck pain (ICD-723.1) (ICD10-M54.2)
Malingering (ICD-V65.2) (ICD10-Z76.5)
Mallet finger, acquired (ICD-736.1) (ICD10-M20.019)
Anxiety disorder NOS (axis I) (ICD-300.00) (ICD10-F41.9)
Wellness exam (ICD-V70.0) (ICD10-Z00.00)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Backache, unspecified (ICD-724.5) (ICD10-M54.9)
Allergies, seasonal (ICD-477.0) (ICD10-J30.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Gastro esophageal reflux (ICD-530.81) (ICD10-K21.9)
Venous stasis ulcer, chronic (ICD-454.0) (ICD10-I83.009)
Finger pain, right (ICD-729.5) (ICD10-M79.644)
ANTISOCIAL PERSONALITY DIS. (ICD-301.7) (ICD10-F60.2)

**Medication List:** BETAMETHASONE VALERATE 0.1 % EXTERNAL OINTMENT (apply to affected areas
BID)    Start: 04/30/2021   End: 04/30/2022
IPRATROPIUM BROMIDE 0.03 % NASAL SOLUTION (2 nasal spray in each nostril q 8 hours PRN)
Start: 04/30/2021   End: 04/30/2022
CARBAMOXIDE EAR DROPS 6.5 % OTIC SOLUTION (Nurse Protocol : into arrected ear twice daily for
4 consecutive days and flush using ear flush kit on day #5. Follow packaging insert for drop instillation
instructions)    Start: 04/26/2021   End: 04/30/2021
OLOPATADINE HCL 0.6 % NASAL SOLUTION (1 nasal spray in each nostril daily)    Start: 03/31/2021
End: 09/30/2021
DICYCLOMINE 20MG TAB (1000.00) (1 tablet po BID)    Start: 04/30/2021   End: 04/30/2022
PANTOPRAZOLE 40MG TAB (1000.00) (1 tablet po daily)    Start: 01/28/2021   End: 10/31/2021
BUPROPION XL 300MG XL TAB (500.00) (give one tablet qhs)    Start: 04/01/2021   End: 07/09/2021
BUPROPION XL 150MG XL TAB (90.00) (give one tablet q hs)    Start: 04/01/2021   End: 07/09/2021
**Allergies List**
* GABAPENTIN (Mild)

**Orders List**
Individual Therapy Session [MHIND]
CC - Chronic Care General Referral [CC]
BUPROPION AND METABOLITE, SERUM/PLASMA [8592]
Prescriber - Med Renewal (MH) [PMHREN]
TB/TST Annual [TSTANNUAL]

**Chief Complaint:**   nasal congestion, runny nose, wheeze with exertion
+ childhood asthma, has used inhalers in the past, none currently, did not have nebulizer machine as a
child, does not recall being in hospital or being on sterroids
was Rx ipratropium bromide inhltion instead of nasal spray, remedied today.

*Attachment # 4*

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

5/18/2021

Date of Service: 4/30/2021

**KEVIN  JACKSON**
Male DOB: Jan 11, 1989                    15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 32 Years Old

**Clinical Lists Changes**

**Medications:**
Changed medication from DICYCLOMINE 20MG TAB (1000.00) (DICYCLOMINE HCL) 1 tablet po daily;
Route: ORAL to DICYCLOMINE 20MG TAB (1000.00) (DICYCLOMINE HCL) 1 tablet po BID; Route:
ORAL - Signed
Added new medication of BETAMETHASONE VALERATE 0.1 % EXTERNAL OINTMENT
(BETAMETHASONE VALERATE) apply to affected areas BID; Route: EXTERNAL - Signed
Rx of DICYCLOMINE 20MG TAB (1000.00) (DICYCLOMINE HCL) 1 tablet po BID; Route: ORAL   #na x
na;  Signed;   Entered by: Jean Caplan APRN;   Authorized by: Jean Caplan APRN;   Method used:
Handwritten; Note to Pharmacy: Route: ORAL;
Rx of BETAMETHASONE VALERATE 0.1 % EXTERNAL OINTMENT (BETAMETHASONE VALERATE)
apply to affected areas BID; Route: EXTERNAL   #na x na;   Signed;   Entered by: Jean Caplan APRN;
Authorized by: Jean Caplan APRN;    Method used: Handwritten; Note to Pharmacy: Route: EXTERNAL;

Signed By: Caplan APRN, Jean at 4/30/2021 9:28:06 AM

**MacDougall Building**                                                      5/18/2021
1153 East Street, South
Suffield, CT 06080
Main: 8606272100                                        Date of Service: 4/30/2021

**KEVIN   JACKSON**
Male DOB: Jan 11, 1989                    15538

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 32 Years Old

## Clinical Lists Changes

**Medications:**
Added new medication of IPRATROPIUM BROMIDE 0.03 % NASAL SOLUTION (IPRATROPIUM
BROMIDE) 2 nasal spray in each nostril q 8 hours PRN; Route: NASAL - Signed
Removed medication of IPRATROPIUM BROMIDE 0.02 % INHALATION SOLUTION (IPRATROPIUM
BROMIDE) 2 nasal sprays in each nostril q 8 hours PRN; Route: INHALATION
Rx of IPRATROPIUM BROMIDE 0.03 % NASAL SOLUTION (IPRATROPIUM BROMIDE) 2 nasal spray in
each nostril q 8 hours PRN; Route: NASAL   #na x na;   Signed;   Entered by: Jean Caplan APRN;
Authorized by: Jean Caplan APRN;    Method used: Handwritten; Note to Pharmacy: Route: NASAL;

Signed By: Caplan APRN, Jean at 4/30/2021 9:15:35 AM